# Exhibit A



HOW IT WORKS    TREATMENT TYPES    OUR LOCATIONS    FAQ/PROFESSIONAL

FIND A HYDRAFACIALIST    BECOME A HYDRAFACIALIST

# The Best Skin of Your Life Starts with Hydrafacial

Discover the non-invasive treatment that uses proprietary technology to cleanse, extract, hydrate, and transform your skin to reveal an instant glow.

LEARN MORE    BECOME A PROVIDER

## Clinically Proven To Reveal Glowing Skin

Hydrafacial treatments are scientifically shown to significantly improve the appearance of skin.* In clinical studies, participants showed immediate and long-term benefits after receiving a series of 5 or more Hydrafacial treatments.†‡



- **100%** of participants had clearer skin with 65% achieving acne-free skin.
- **100%** reported visibly cleaner, clearer skin.
- **95%** reported less oil and congestion.
- **85%** of those with acne saw fewer blemishes and less inflammation.
- **70%** reported a significant increase in hydration.

HOW IT WORKS

## Out with the Gunk, In with the Glow!

Our patented vortex-fusion technology works like a vacuum to gently exfoliate and open pores, easily extract dirt and debris, and infuse targeted serums into the skin for the ultimate skin health experience.

FIND A HYDRAFACIALIST



## Be Sure to Boost!

No Hydrafacial Treatment is complete without one of our specialized boosters to target your specific skin concern and achieve even better outcomes. Talk to your Hydrafacialist about which booster will give you the ultimate result.

EXPLORE BOOSTERS

## Facials Are Just the Beginning

Experience the Hydrafacial glow from scalp to toe with a variety of skin treatments.



FACE


BODY


LIP & EYE


SCALP

## Hydrafacial Savings Wherever You Get Your Glow

Your skincare routine will never be the same.

LEARN MORE



## In the Spotlight



# Less acne. More glow.

The Clarifying Hydrafacial™ Treatment is clinically proven to visibly improve acne.

FIND A HYDRAFACIALIST

## Boost Your Hydrafacial Treatment with the Brands You Love

GALASTIN    CIRCADIA    NASSIFMD    Murad    ZO SKIN HEALTH

JLO BEAUTY    EPICUTIS    BABOR    Glowurnisink

Dr Dennis Gross SKINCARE

## Find a Hydrafacialist

Explore our network of licensed providers to get a consultation of Hydrafacial treatment near you.

LOCATION

[Add a city or zip code]    SEARCH

## Are you a provider interested in Hydrafacial?

Discover more about our devices, treatment education opportunities plus, all the ways Hydrafacial can transform your business.

LEARN MORE

HYDRAFACIAL    I'M A PROFESSIONAL    ABOUT US    Subscribe for updates

SIGN UP



# Hydrafacial

## Get the Best Skin of Your Life

Our non-invasive treatment improves skin health, addresses individual concerns, and creates a glow like no other. Unlike traditional facials, it's performed via device rather than by hand, for deeper penetration and longer lasting results.



## How It's Different

The magic is in the wand, which works like a vacuum to open pores for a deep cleanse and easy extraction of impurities and dead skin cells. It also allows the active ingredients in our boosters to penetrate deeper, for the most effective treatment possible.



## 3 Steps to the Best Skin of Your Life.

**Cleanse**
Deeply cleanses and exfoliates with a gentle peel to uncover a new layer of skin.

**Extract**
Removes impurities from pores with painless gentle suction.

**Hydrate**
Saturates the skin's surface with intense moisturizers and nourishing, personalized ingredients.

## Personalize Your Treatment for Even Better Results

Boosters are potent formulas packed with active ingredients that target and treat specific concerns. Add one to your next treatment!

EXPLORE BOOSTERS



Pigmentation
Oily + Congested Skin
Fine Lines + Wrinkles
Pore Size
Hydration

## Get That Hydrafacial Glow from Scalp-to-Toe

Hydrafacial treatments aren't just for your face! Target other areas that need some TLC and get instant, glowing results.



### Hydrabody

Brighten and smooth areas of your body to improve texture, fight dullness, and prevent breakouts and clogged pores. Ask your Hydrafacialist to target areas like:

- Booty
- Back
- Thighs
- Neck And Décolleté
- Hands
- Arms

## Prepare for your Visit

Browse our FAQ to learn everything you need to know before your Hydrafacial treatment.

| What is Hydrafacial? | ∨ |
| --- | --- |
| Why is this treatment good for my skin? | ∨ |
| Am I candidate for this treatment? | ∨ |
| How long does this treatment take? Is there any downtime or pain involved? | ∨ |
| What results may be expected? How many treatments are needed? | ∨ |

## Find a Hydrafacialist

Explore our network of licensed providers to get a consultation or treatment near you.

LOCATION
Add a city or zip code    SEARCH

HYDRAFACIAL
How it Works
Treatment Types
Skin Conditions
Find a Hydrafacialist

I'M A PROFESSIONAL
Home
Device
Treatments
Boosters
Rewards
Training
Store
Talk With Sales

ABOUT US
About Us
In The News
Investor Relations
Careers
Claims

Subscribe for updates
Stay up-to-date with Hydrafacial special offers and exciting updates.
○ Customer  ○ Professional
Email    SIGN UP
Search

*Results may vary. Not a Substitute of treatment
Copyright © 2025, Hydrafacial LLC — All Rights Reserved    Privacy Policy    Opt-Out Preferences    Terms Of Use
Contact us +1 800 800 4884    websiteinfo@hydrafacial.com