# Exhibit B



San Clemente Dana Point Animal Shelter
221 Avenida Fabricante, San Clemente, CA 92672
949-492-1617
Shelter Hours of Operation
Monday: Closed
Tuesday—Sunday: 10am to 4pm



*Julie Lynn Skin*

Specializing in

hydrafacial · Osmosis +PŪR MEDICAL SKINCARE

Dermaplaning ○ Holistic Skincare
Chemical Peels ○ And More

Doctor-Developed | Non-Toxic | Oncology-Friendly

*Julie*

Elite HydraFacial Trainer | Pro Skin Therapist

**949.992.8077**

julielynnskin.com

@JulieLynnSkin

OCTOBER 2025   11



Business *Profile*

# Julie Lynn Skin:
## Bringing Advanced Skincare to San Clemente

By Julie Lynn



For more than a decade, San Clemente's own Julie Lynn has dedicated her career to helping people feel confident in their skin. As the owner of Julie Lynn Skin, she blends cutting-edge technology with a personal, approachable touch that keeps her clients glowing inside and out.

"I've been licensed as an esthetician since 2011," Julie said. "After going through a significant life change, I decided to return to school for skincare—and I've never looked back. My biggest inspiration has always been my two adult children. As teenagers, they both struggled with acne, and later, as I aged along with my friends, I wanted to bring the very best in technology treatments to San Clemente."

**From Industry Trainer to Local Expert**

Before opening her own studio, Julie's career took her across Southern California and beyond. She worked as a certified trainer and educator for HydraFacial, training estheticians, luxury hotels, and spas on one of the most in-demand treatments in the industry. She also partnered with NuFace in Vista, California, teaching clinics and professionals the science of microcurrent technology.

"Working as a trainer gave me such a deep understanding of what really works in skincare," Julie explained. "It also gave me the chance to see the industry at every level—from luxury resorts to local spas—and I knew I wanted to bring that same level of quality home to my community."

**A Dream Realized in San Clemente**

When COVID shifted the world, Julie saw the moment to follow her long-time dream: opening her own practice. "I wanted to bring cutting-edge treatments, education, and a personalized approach to skincare right here to the beach city I love," she said.

Today, at her boutique studio, Julie specializes in HydraFacial, microcurrent, advanced microchanneling with growth factors, oxygen facials, and more. But Julie's philosophy goes beyond delivering great treatments—she makes education part of every session.

"With so many products and trends out there, it can be overwhelming," Julie said. "My goal is not only to provide exceptional treatments but to help my clients understand what truly works for their skin. When they know why they're using something, they see the best results."

Every product at Julie Lynn Skin is hand-picked, including the Osmosis MD medical-grade skincare line, which Julie describes as "effective, affordable, and focused on real, visible results without compromising skin health."

**Building Community, One Client at a Time**

What sets Julie apart isn't just her expertise, but her genuine connection to her clients. Julie's approach has built a loyal following of locals who trust her not only for her skill but also for her warmth.

"My workday never feels like work," she said with a smile. "I've met the best people here in San Clemente, and many of my clients have become friends. We laugh a lot during treatments, and the referrals I get from them mean the world to me. At the end of the day, I really love what I'm blessed to do."

**To learn more, visit julielynnskin.com or call 949-992-8077.**



Julie Lynn Skin

**Specializing in**

hydrafacial · Osmosis +PUR MEDICAL SKINCARE

Dermaplaning ∘ Holistic Skincare
Chemical Peels ∘ And More

Doctor-Developed | Non-Toxic | Oncology-Friendly

*Julie*
Elite HydraFacial Trainer | Pro Skin Therapist

**949.992.8077**
julielynnskin.com

📘 📷 @JulieLynnSkin